# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| JACKIE LAMAR AARON, | ] | |
| | ] | |
| Petitioner, | ] | |
| | ] | |
| v. | ] | CV-04-RBP-RRA-3237-M |
| | ] | |
| WARDEN RALPH HOOKS, et al., | ] | |
| | ] | |
| Respondents. | ] | |

## MEMORANDUM OPINION

This is a habeas corpus petition. The magistrate judge entered a report and recommendation recommending that the respondents' motion for summary judgment be granted and the action dismissed. No objections have been filed.[1] The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be

---

[1] The court notes that the petitioner has submitted to the court, a letter dated November 6, 2006, in which he states the following:
> After some research I came to a conclusion a petition for a writ of habeas corpus wasn't necessary a crime was committed so dismiss habeas corpus I really appreciate. I'm still held in custody for documents never exist sir.

The petitioner did not identify the letter with a case number. The letter was initially filed in *Aaron v. Caldwell*, CV-06-VEH-RRA-742-NE, a § 1983 action, on November 8, 2006. However, on November 15, 2006, the letter was also docketed in this case, as a motion to dismiss his habeas action. Because the letter was received after the magistrate judge recommended that the action be dismissed on the merits, with prejudice, the court will not consider the petitioner's letter as a motion to dismiss his habeas action. Rather, the case will be dismissed on the merits, in accordance with the magistrate judge's report and recommendation.

dismissed. An appropriate order will be entered.

Done this 20th day of November, 2006.

*[signature: Robert B. Propst]*
_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**